**Willie CLAY, Claimant–Appellant,**

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7129.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2007.

James C. McKay, Covington & Burling, of Washington, DC, argued for claimant-appellant.

Joan M. Stentiford, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel and Amanda R. Blackmon, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Before BRYSON, Circuit Judge, PLAGER, Senior Circuit Judge, and KEELEY,* Chief District Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

* Honorable Irene M. Keeley, Chief Judge of the United States District Court for the Northern

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.